# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              NO. 4:07CR00369 SWW

ISIDRO MARIN HERNANDEZ
and SANDRA M. RODRIGUEZ-RUANO

<u>ORDER</u>

Pursuant to the government's motion for dismissal of the indictment against the above defendants pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

IT IS ORDERED that the government's motion be, and it hereby is granted, and the indictment pending against defendants Isidro Marin Hernandez and Sandra M. Rodriguez-Ruano in the above case hereby is dismissed.

DATED this 21st day of May, 2008.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE